IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOSEPH JOHNSON COLE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil No.14-0176-CG-C ) |
| ASHLEY MOONEY RICH and JOJO SCHWARZAUER, | ) ) ) ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made1, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated July 22, 2014, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 7th day of August, 2014.

/s/   Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

---

1 Plaintiff's Response to the Report and Recommendation and Motion to Amend Complaint (Doc. 16) is deemed to be an objection to the Report and Recommendation. Plaintiff seeks to amend the complaint to correct the deficiency of not listing his prior lawsuit. However, because the objection does not address question of immunity of the defendants which was a part of the Report and Recommendation, any amendment would be futile. As such, the motion to amend the complaint is DENIED.