## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| JOSEPH JOHNSON COLE, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | CA 14-0176-CG-C |
| | ) | |
| ASHLEY MOONEY RICH and JOJO | ) | |
| SCHWARZAUER, | ) | |
| | ) | |
| **Defendants.** | ) | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action be **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). It is further **ORDERED**, **ADJUDGED**, and **DECREED** that the dismissal of this action be counted as a strike under 28 U.S.C. § 1915(g).

**DONE and ORDERED** this 7th day of August, 2014.

/s/   Callie V. S. Granade
UNITED STATES DISTRICT JUDGE