IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOSEPH JOHNSON COLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 14-0176-CG-C |
| ) | |
| ASHLEY MOONEY RICH and JOJO ) | |
| SCHWARZAUER, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

In accordance with the Eleventh Circuit Court of Appeals' Judgment issued as Mandate on September 14, 2015 (Doc. 33), this action is hereby **DISMISSED WITHOUT PREJUDICE**.

**DONE and ORDERED** this 23rd day of September, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE